IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BANK NAT'L ASSOC., | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE SMITH, | : | |
| **Defendant** | : | No. 14-4324 |

## ORDER

**AND NOW**, this 3rd day of February, 2015, upon consideration of Defendant's Motion to Vacate Judgment (Docket No. 12), Plaintiff's Opposition (Docket No. 13), and the parties' supplemental briefing (Docket Nos. 17, 18), and following oral argument on January 5, 2015, it is hereby **ORDERED** that:

1. Defendant's Motion is **DENIED in part**, and held in **ABEYANCE in part**, as outlined in the Court's Memorandum of this date;

2. Defendant may file a supplemental brief and proposed answer addressing the issues outlined in the Court's Memorandum as issues held in abeyance no later than 14 days from the date of this Order; and

3. Plaintiff may respond to Defendant's supplemental brief no later than 14 days after such brief is filed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge